# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALYCE BURVANT

VERSUS

AXIS SURPLUS INSURANCE
COMPANY A/K/A AXIS INSURANCE
SERVICES, LLC AND HOOTERS OF
LOUISIANA, LLC A/K/A
HOOTER'S OF SLIDELL

NO.   2025 CW 1238

**MARCH 23, 2026**

---

In Re:    Dalyce Burvant, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          201912355.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                         PMc
                         HG
                         TPS

COURT OF APPEAL, FIRST CIRCUIT

      DEPUTY CLERK OF COURT
          FOR THE COURT